THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY HAWKINS, Appellant. [48 NYS3d 903]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), rendered January 26, 2015. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Scudder, JJ.